**Wiley WEST, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 77138.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LAWRENCE E. MOONEY, P.J. and PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

Wiley West, Defendant, appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief on his convictions of first degree murder and armed criminal action and the resulting sentences of life imprisonment without the possibility of parole and twenty years, respectively.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion reciting detailed facts and restating principles of law would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

---

**In the Interest of D.W., a Juvenile.**

No. ED 77113.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 2000.

Connie S. Hood, Clayton, for appellant.

John R. Bird, St. Louis, for respondent.

Before: LAWRENCE E. MOONEY, P.J., PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

Angelia Wilson appeals the trial court's judgment of termination of her parental rights as to the minor child D.W. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b)(1).